# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | |
|---|---|
| RECO ATURRIS HARRIS, ) | Civil Action No.: 4:20-cv-3673-JMC |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| KILOLO KIJAKAZI,[1] ) Acting Commissioner of Social Security ) Administration, ) | |
| Defendant. ) | |

Before the court is Defendant Kilolo Kijakazi's Uncontested Motion for Entry of Judgement with Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). (ECF No. 21.) Plaintiff Rico Aturris Harris, through his counsel, consents to this Motion (*id.*).

After considering Kijakazi's Motion and Harris's consent, the court **GRANTS** Kijakazi's Motion (ECF No. 21), **ENTERS** Final Judgment under Rule 58 of the Federal Rules of Civil Procedure, and **REMANDS** the case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

J. Michelle Childs
United States District Judge

November 1, 2021
Columbia, South Carolina

---

[1] On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of Social Security; therefore, pursuant to Rule 25(d) of the federal Rules of Civil Procedure, Kilolo Kijakazi may be substituted for Andrew Saul as Defendant in this suit. According to 42 U.S.C. § 405(g), this substitution does not affect the viability of this suit.